UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ANTHONY H. REEVES,

        Plaintiff,

    -against-

ST. NICHOLAS NEIGHBORHOOD PRESERVA-
TION CORP., WILLIAMSBURG WORKS,

        Defendant.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/2/09

08 Civ. 11099 (LAP) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on July 2, 2009, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
             July 2, 2009

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:    Anthony H. Reeves (Regular & Certified Mail)
              Dean Silverberg, Esq. (Fax)
              Chief Judge Loretta A. Preska

C:\ORD\DISMISS